## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- ANGUIANO, MIGUEL N                                                               EV05-CR-0042-02-Y/H

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 12/06/2005 | 06/28/2007 | Felony | 7 | 05-0032M-02 | YOUNG | HUSSMANN |

USA
plaintiff

MATTHIAS ONDERAK
OFFICE OF THE UNITED STATES ATTORNEY
250 U S COURTHOUSE
101 N W MARTIN LUTHER KING JR BLVD
EVANSVILLE, IN 47708
(812)465-6475

V.
ANGUIANO, MIGUEL N
defendant

BERNARD G REISZ
VANDERBURGH CTY PUBLIC DEFENDERS OFC
ADMINISTRATION BLDG. ROOM 202
CIVIC CENTER COMPLEX
EVANSVILLE, IN 47708
(812)435-5900

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE |

| DATE | PROCEEDINGS |
|---|---|
| 11/09/2005 | COMPLAINT & AFFIDAVIT ; eod 11/09/05 [TMD] |
| 11/09/2005 | WARRANT ISSUED ; eod 11/09/05 [TMD] |
| 12/06/2005 | INDICTMENT FILED eod 12/07/05 [SMD] |
| 12/06/2005 | CRIM INFO SHEET eod 12/07/05 [SMD] |
| 12/06/2005 | PRAECIPE for WARRANT eod 12/07/05 [SMD] |
| 12/08/2005 | WARRANT ISSUED eod 12/08/05 [SMD] |
| 12/08/2005 | NGPL ORDER ASSIGNS JURY TRIAL to 02/06/06 at 09:00AM Room 301 (RLY) c/m eod 12/08/05 [SMD] |
| 02/06/2006 | ENTRY VACATES JURY TRIAL of 02/06/06 at 09:00AM Room 301 (RLY) c/m eod 02/07/06 [SMD] |
| 02/06/2006 | ENTRY REASSIGNS JURY TRIAL to 04/17/06 at 09:00AM Room 301 (RLY) c/m eod 02/07/06 [SMD] |

| Date | Entry |
|---|---|
| 04/10/2006 | USM RETURN - unexecuted per indictment on 1/3/06 eod 04/10/06 [NRN] |
| 08/28/2006 | RULE 40 IN from Eastern District of California - Fresno; deft appeared 8/18/06 and DETAINED; USM to transport to USIN eod 08/28/06 [SMD] |
| 09/18/2006 | USM RETURN - deft arrested 9/18/06 eod 09/18/06 [SMD] |
| 09/18/2006 | INITIAL APPEARANCE ON INDICTMENT/INFORMATION ; eod 09/19/06 [NRN] |
| 09/18/2006 | APPEARANCE FOR THE USA BY AUSA Matthias Onderak eod 09/19/06 [NRN] |
| 09/18/2006 | DEFT APPEARS IN PERSON AND by CJA counsel Bernard Reisz (Financial affidavit submitted and approved); CHARGES, RIGHTS & PENALTIES explained; eod 09/19/06 edited 09/27/06 [SMD] |
| 09/18/2006 | Parties were ordered to meet and confer regarding disclosure of evidence on or before Parties were ordered to meet and confer regarding disclosure of evidence on or before 9/30/06 eod 09/19/06 [NRN] |
| 09/22/2006 | CJA VOUCHER # sent to Bernard Reisz eod 09/22/06 [NRN] |
| 10/30/2006 | ENTRY VACATES JURY TRIAL of 04/17/06 at 09:00AM Room 301 (RLY) c/m eod 11/06/06 [DLS] |
| 10/30/2006 | ENTRY ASSIGNS CONF to 12/08/06 at 03:30PM Room 310 (RLY) c/m RLY (Scheduling Conference) eod 11/06/06 [DLS] |
| 12/12/2006 | ENTRY VACATES CONF of 12/08/06 at 3:30PM Room 310 (RLY) c/m RLY eod 12/12/06 [DLS] |
| 03/07/2007 | PETITION TO ENTER A PLEA OF GUILTY (copy to Probation) eod 03/07/07 [SMD] |
| 03/08/2007 | ENTRY ASSIGNS GLTY PLEA HRG to 03/30/07 at 10:00AM Room 301 (RLY) c/m RLY eod 03/08/07 [DLS] |
| 03/15/2007 | PLEA AGREEMENT (copy to probation) eod 03/15/07 [NRN] |
| 03/30/2007 | COURTROOM MINUTES FOR THE CHANGE OF PLEA OF THE DEFENDANT. eod 03/30/07 [DLS] |
| 03/30/2007 | DEFT APPEARS IN PERSON AND BY COUNSEL BERNARD REISZ. eod 03/30/07 [DLS] |
| 03/30/2007 | APPEARANCE FOR THE USA BY AUSA MATTHIAS ONDERAK. eod 03/30/07 [DLS] |
| 03/30/2007 | USPO Represented by Lisa Hunt. eod 03/30/07 [DLS] |
| 03/30/2007 | COURT FINDS factual basis for plea and plea voluntarily made. eod 03/30/07 [DLS] |
| 03/30/2007 | COURT ACCEPTS plea agreement and ADJUDGES deft GUILTY as charged. eod 03/30/07 [DLS] |
| 03/30/2007 | COURTROOM MINUTES ASSIGNS SENTENCING DATE to 06/19/07 at 10:00AM Room 301 (RLY) c/m RLY eod 03/30/07 [DLS] |
| 06/19/2007 | MOTION FOR ADDITIONAL OFFENSE LEVEL DECREASE. c/s USA eod 06/19/07 [DLS] |
| 06/19/2007 | COURTROOM MINUTES FOR THE SENTENCING OF THE DEFENDANT. eod 06/19/07 [DLS] |

06/19/2007   DEFT APPEARS IN PERSON AND BY COUNSEL BERNARD REISZ. eod 06/19/07 [DLS]

06/19/2007   APPEARANCE FOR THE USA BY AUSA MATTHEW BROOKMAN. eod 06/19/07 [DLS]

06/19/2007   USPO Represented by Thomas Miller. eod 06/19/07 [DLS]

06/19/2007   The parties advise the court there are no matters in dispute regarding the PSR. The court grants the motion for additional offense level decrease. The parties address the court regarding sentencing. eod 06/19/07 [DLS]

06/19/2007   SENTENCING HELD - RLY eod 06/19/07 [DLS]

06/28/2007   JUDGMENT ENTERED COUNT/FINDING: Count 1 - Conspiracy to Possess with Intent to Distribute and to Distribute in Excess of 50 Grams or More of Methamphetamine and 500 Grams or More of Methamphetamine (Mixture) in violation of 21 U.S.C. 841(a)(1), 841(b)(1)(A)(viii) and 846; IMPRISONMENT: 120 months; RECOMMENDATION: Placement at an institution near his residence in California, and evaluation for placement in the 500 hour drug treatment program; SUPERVISED RELEASE: 5 years; Standard & Special conditions of Supervision - See Judgment ASSESSMENT: $100.00; SCHEDULE OF PAYMENTS: Due immediately; c/m RLY OBV 25 PG 40 eod 06/28/07 [DLS]

07/02/2007   CJA VOUCHER # approved for payment. RLY eod 07/02/07 [DLS]

05/14/2009   FRC shipped on 5/14/09; Accession #PT021-2009-4476; Location CH1-01-OA-063-1-011-06-001-005; Box 3 of 3 eod 07/09/09 [SMD]

12/16/2014   USPO Petition to Transfer Jurisdiction of Probation/Supervised Release to Eastern District of California eod 12/16/14 [NRN]

06/26/2015   ORDER Approving Transfer of Jurisdiction; RLY eod 06/26/15 [TMD]

06/26/2015   Notice to Eastern District of California of a Transfer of Jurisdiction as to Miguel N Anguiano. The Clerk will transmit any necessary documents via a Lotus Notes email. Upon acceptance/denial of this transfer, please return a copy of the signed Order via a Lotus Notes email to INSD inter-district mailbox. *THIS IS A TEXT ONLY ENTRY*** eod 06/26/15 [TMD]

01/13/2017   ***CASE ADMINISTRATELY MOVED TO THE COURT'S CM/ECF FILING SYSTEM UNDER THE SAME CAUSE NUMBER. NO FURTHER ENTRIES SHALL BE MADE IN JAMS.*** eod 01/13/17 [MAC]

**USDC Southern Indiana -JAMS data-**